UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMOTHY C. VISAGE,

    Plaintiff,

v.                                                          Case No. 3:16-cv-1494-J-32JRK

R.B. SELLERS, et al.,

    Defendants.

## **ORDER**

Plaintiff, an inmate of the Florida penal system, initiated this case by filing a pro se Civil Rights Complaint (Doc. 1) pursuant to 42 U.S.C. § 1983. Plaintiff names three Florida Department of Corrections officers as Defendants: R.B. Sellers, S. Griffis, and Lt. Reeder. Plaintiff claims that Defendants violated his constitutional rights when they were deliberately indifferent to his serious medical needs while he was housed at Columbia Correctional Institution.[1]

On March 4, 2019, the Court denied Plaintiff's motion for summary judgment and Defendants' cross motion for summary judgment. See Doc. 44. At the request of the parties (Docs. 45, 47), the Court referred this case to the Honorable James R. Klindt, United States Magistrate Judge, to conduct a settlement conference. See Doc. 48. The case did not settle and the parties demanded a jury trial. The Court is of the

---

[1] Plaintiff is currently housed at Union Correctional Institution.

opinion that Plaintiff should be appointed counsel to represent him at this juncture.[2] Defendants are represented by counsel and there are sufficient complex factual and constitutional issues involved in this litigation. This Court has broad discretion in determining whether the appointment of counsel is appropriate. Under these circumstances and at this point in the proceedings, the Court finds Plaintiff is entitled to the assistance of a trained practitioner for pretrial conferences and trial. Therefore, the Court will refer this case to the Jacksonville Division Civil Pro Bono Appointment Program.

Therefore, it is

**ORDERED:**

1.  The Court finds Plaintiff is entitled to the appointment of counsel.

2.  This case is referred to the Jacksonville Division Civil Pro Bono Appointment Program so the designated deputy clerk of the Court may seek counsel to represent Plaintiff.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

Jax-7

C:  Timothy Visage, #098216
    Counsel of Record

---

[2] The Court previously denied Plaintiff's request for appointment of counsel without prejudice to reconsider such request. See Doc. 48. The Court finds that recent procedural changes justify the appointment of counsel at this time.